## DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| **JAMES INGRAM,** | * | |
| | * | |
| | * | **Case No. 1:05CV01985** |
| **Plaintiff,** | * | |
| | * | **Judge:  Richard J. Leon** |
| | * | |
| **vs.** | * | |
| | * | |
| **WASHINGTON DC VETERANS** | * | |
| **AFFAIRS MEDICAL CENTER, et al.,** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## DEFENDANTS HOWARD UNIVERSITY HOSPITAL AND KENYATTA NORMAN, MD'S INTERROGATORIES TO PLAINTIFF

TO:          James Ingram, Plaintiff

FROM:     Howard University Hospital & Kenyatta Norman, MD, Defendants

You are requested to answer the following Interrogatories pursuant to the Federal Rules of Civil Procedure.

(a) These Interrogatories are continuing in character so as to require you to file supplementary answers if you obtain further or different information before trial concerning the names and addresses of witnesses and expert witnesses to be called to trial and where earlier answers are known to have been incorrect or are rendered incorrect.

(b)     Where the name or identity of a person is requested, please state full name, home address and also business address, if known.

(c)     Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

(d)     Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives, and unless privileged, his attorneys.

(e)     The pronoun "you" refers to the party to whom these Interrogatories are addressed and the person mentioned in clause (d).

(f)     You have thirty (30) days to serve answers or objections to these Interrogatories pursuant to Rule 33.

## INTERROGATORIES

1.     State your full name, date of birth, social security number, marital status; if ever married, give the name and present address of your current and any former spouses.  If you have ever used any other names, please list them.

2.     State your present address, and all former addresses for the past five (5) years and inclusive dates of each.

3.     State precisely and in detail all of the injuries you claim to have sustained as a result of the allegations you are making in this lawsuit.  If any of the injuries are permanent, give a detailed description of all injuries or conditions you claim to be permanent.

4.     If you have received any medical treatment as a result of the allegations you are making in this lawsuit, please state the names and addresses of all doctors, dentists, hospitals or other medical practitioners who examined or

treated you; the date of each examination or treatment, and the nature of these treatments; the date of the last treatment by the doctor or doctors, and whether or not you were discharged at that time; the amount of money paid or owed to each, health care provider involved.

5.    If you have received any mental health treatment as a result of the allegations you are making in this lawsuit, please state the names and addresses of all doctors, psychiatrists or psychologists, hospitals or other psychiatric or psychological practitioners who examined or treated you; the date of each examination or treatment, and the nature of these treatments; the date of the last treatment by the doctor or doctors, and whether or not you were discharged at that time; the amount of money paid or owed to each, health care provider involved

6.    If any x-rays, CT Scans, MRI's or other radiographic images were taken or diagnostic tests or procedures were performed in connection with or as a result of the allegations you are making in this lawsuit, please state the name of persons who actually took the x-rays, etc. or performed the diagnostic tests or procedures; the dates the x-rays, etc. or the diagnostic tests or procedures were performed; the number of x-rays, etc. taken or diagnostic test or procedures performed on each date; the specific nature and identity of the diagnostic tests or procedures which were performed, and the purpose for taking the x-rays, etc. or performing the diagnostic tests and procedures on each occasion; the specific information provided by each x-ray, etc. and diagnostic test or procedure on each occasion they were performed; and the present location of the x-rays and

documents containing the results of the diagnostic tests or procedures, and the name and address of the person who presently has custody of them.

7.    Identify all health care providers who have provided you with care in the past ten (10) years and the extent of any medical and mental health treatment.

8.    If you have been involved in any incident in which you received injuries either prior or subsequent to the incident that is the basis of this lawsuit, please state the date and place of the incident or incidents; the injuries received; the names and addresses of any hospitals and doctors involved in the treatment of said injuries; the names and addresses of the other parties involved; the name of any company against whom any claim was made; and if suit was filed, the name of the court, the year in which the action was brought, and the identifying number of said suit.

9.    State any and all financial losses that you claim as a result of the incident complained of in this case. State the nature and amount of each loss; the nature and amount of each expense; the purpose of which spent; and the names and addresses of the persons to whom the money was paid or is owed; including, but not limited to, loss of employment-related income and the names, addresses, and telephone numbers of all employers in the past ten (10) years.

10.    State the names and addresses of all experts whom you intend to call as witnesses at the trial of this matter.  If they have prepared a report of their findings, please attach a copy to the Answers to these Interrogatories.  If any

such report was oral, please state the subject matter on which each such expert is expected to testify, and a summary of the grounds for each such opinion.

11.    Regarding your previous answer, please provide the following information for each expert witness:  date of birth, areas of expertise, educational background, publications, honors and certifications, specialty or specialties, whether or not said expert has ever been a witness in any lawsuit and if so, for each such lawsuit provide the names, nature of the suit, names and addresses of the courts in which such suits were instituted and/or heard, the identifying number of the lawsuit, the date the suit was filed, and the names and address of the party for whom said expert gave evidence. Please provide a copy of their current curriculum vitae.

12.    State the names and addresses of any person not already mentioned in your answers to these Interrogatories who have personal knowledge of facts material to this case, and the substance of each person's knowledge.

13.    Please state in detail how you contend the allegations giving rise to your claim in this case occurred.

14.    Please state in detail each negligent, reckless or intentional act or omission which you contend was committed or omitted by Defendant Howard University Hospital through its employees, servants or agents, including the identity of each agent, servant or employee of Defendant whom you contend committed such act or omission and the extent of participation of each.

15.     Please state in detail each negligent, reckless or intentional act or omission which you contend was committed or omitted by Defendant Kenyatta Norman, MD.

16.     Have you ever been convicted of any crimes?  If so, please set forth the nature of the conviction, jurisdiction and outcome.

17.     Have you ever previously been a Plaintiff in a lawsuit?  If so set forth the nature of the suit, defendants, jurisdiction, where you lived at the time, and the outcome.

18.     State the names and addresses of all persons who have given you written or recorded statements regarding the allegations you are making in this lawsuit, and/or any of your injuries or damages.

19.     If it is your claim that a previous injury, disease or condition has been aggravated or exacerbated as a result of the allegations you are making in this lawsuit, specify in detail its nature and extent to which it has been aggravated, accelerated or exacerbated; and state the name and address of each doctor who has provided care for the alleged aggravated or exacerbated condition.

20.     If you contend that the applicable standards of care, treatment and any other issues in this matter are established by any articles, treatises, books, or other publications in the medical field, give the title and author of each publication; the journal, magazine, or series wherein each was published, the name and address of the publisher; the date of the publication; and the volume and page number or section reference.

21.    Please provide the names, addresses, telephone numbers, names of your immediate supervisors, salary information and dates for all employment held by you in the five (5) years preceding the alleged occurrence and the subsequent years.

22.    Have you received any written or oral communications from any Howard University Hospital employee, in connection with the matters complained of herein?  If so, as to each, please state the name and address of the employee from whom such communication was received, the date on which it was received, the nature of such communication and the present location of such communication or copies thereof.

23.    If you contend to have had any written or oral conversations with any Howard University Hospital employee that acts as an admission, please provide the names, telephone numbers and addresses of those individuals as well as a copy of their statements and set forth the substance of said conversation if the alleged admission was oral.

24.    Did you file a worker's compensation claim as a result of the alleged incident for injuries alleged to have suffered by you.  If so, please set forth with whom you filed said action, other benefits you were paid, the amount of benefits, the times when paid, whether any hearing in other Court or Worker's Compensation Commission practices took place and the result if any.

Respectfully submitted,

HUGH W. FARRELL & ASSOCIATES

_____

Hugh W. Farrell, #375515
Hugh W. Farrell & Associates
Columbia Corporate Park
8840 Stanford Boulevard, Suite 2000
Columbia, MD 21045
(301) 596-7222

*Counsel for Defendants Howard University
Hospital and Kenyatta Norman, MD*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Interrogatories to Plaintiff James Ingram has been mailed, first class mail, postage prepaid, this ____day of November, 2005 to:

Barry J. Nace, Esquire
Gabriel A. Assaad, Esquire
Paulson & Nace
1615 New Hampshire Ave., N.W.
Washington, D.C.  20036

*Counsel for Plaintiff*

Ms. Alice A. Bishop
Department of Veterans Affairs
Office of Regional Counsel
1172 I Street, N.W., 3rd Floor
Washington, D.C.  20421

Willie J. Banks, Jr., MD
Howard University Hospital
2041 Georgia Avenue, N.W.
Washington, D.C.  20060 - 0002

_____
Hugh W. Farrell, #375515