DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| JAMES INGRAM, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05CV01985 |
| | : | Judge: Richard J. Leon |
| v. | : | |
| | : | |
| WASHINGTON DC VETERANS | : | |
| AFFAIRS MEDICAL CENTER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE
COMPLAINT TO SUBSTITUTE A PARTY**

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully moves this Court for Leave to Amend the Complaint and to file the attached Amended Complaint and in support thereof relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

PAULSON & NACE

/S/ Gabriel A. Assaad
Barry J. Nace, # 130724
Gabriel A. Assaad, # 478538
1615 New Hampshire Ave., NW
Washington, DC 20009
(202) 463-1999

*Counsel for Plaintiff*

DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JAMES INGRAM, | : |
| Plaintiff, | : Case No. 1:05CV01985 |
| | : Judge: Richard J. Leon |
| v. | : |
| WASHINGTON DC VETERANS AFFAIRS MEDICAL CENTER, *et al.*, | : |
| Defendants. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO SUBSTITUTE A PARTY

COMES NOW the Plaintiff, by and through undersigned counsel, and respectfully moves this Court for leave to amend the complaint and to file the attached amended complaint by substituting a party, and support thereof states the following:

### BACKGROUND

The present was actually filed on October 6, 2005, naming as a Defendant Washington DC Veterans Affairs Medical Center. Plaintiff discovered during the process of service that the Washington DC Veterans Affairs Medical Center is not the correct party in this lawsuit. Plaintiff has discovered that the correct party is the United States of America in which Plaintiff is to serve the United States Attorney General and the Attorney General for the District of Columbia. Plaintiff requests leave of Court to file an Amended Complaint to correct Plaintiff's error and to name the correct party in the case.

### ARGUMENT

Under Rule 15 of the Superior Court Civil Procedure Rules, a party may amend the pleadings by leave of court and leave shall <u>be freely given when justice so requires</u>.

S. Ct. R. Civ. P. 15 (emphasis added). Although the decision to amend is a matter of trial court discretion, the policy favoring resolution of cases on the merits creates "a virtual presumption" that a court should grant leave to amend where no good reason appears to the contrary. Randolph v. Franklin Investment Co., 398 A.2d 340, 350 (D.C. 1979). Even lengthy delay, standing alone, is usually not a sufficient reason for the trial court to deny a motion to amend. Howard University v. Good Food Services, Inc., 608 A.2d 116, 120 (D.C. 1992). Further, in order to grant a litigant's motion for leave to amend a pleading, a judge need not consider the substantive merits of the amendment. Karr v. C. Dudley Brown & Associates, Inc., 567 A.2d 1306, 1311 (D.C. 1989).

Plaintiff attaches, hereto, the proposed amended complaint which is the same as the original complaint except that the Defendant Washington DC Veterans Affairs Medical Center has been changed to the United States of America.

Plaintiff has complied with all of the administrative proceedings with respect to the Federal Torts Claim Act. Plaintiff has previously filed Form 95 on October 7, 2004, and has not heard from the Washington DC Veterans Affairs Medical Center with respect to a reply. Furthermore, Plaintiff is not barred by any statute of limitations in naming the United States of America as a Defendant at this point and time, due to the fact that the Plaintiff has complied with all of the administrative proceedings as required by statute.

## CONCLUSION

By allowing the motion for leave to amend the complaint, there will be no delay in the proceedings and no prejudice to the Defendants. Plaintiff would be prejudiced if this Court does not grant the amendment to the complaint.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff to amend his complaint with the amended complaint attached hereto as Exhibit 1 filed as the date of the Court's Order.

Respectfully submitted,

PAULSON & NACE

/S/ Gabriel A. Assaad
Barry J. Nace, # 130724
Gabriel A. Assaad, # 478538
1615 New Hampshire Ave., NW
Washington, DC  20009
(202) 463-1999

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2005, I caused a true and exact copy of the foregoing *Plaintiff's Motion for Leave to Amend the Complaint to Substitute a Party* to be served upon:

Ms. Alice A. Bishop
Department of Veterans Affairs
Office of Regional Counsel
1172 I Street, NW, 3rd Floor
Washington, DC  20421

Willie J. Banks, Jr., M.D.
Howard University Hospital
2041 Georgia Avenue, NW
Washington, DC 20060-0002

Hugh W. Farrell, Esq.
Hugh W. Farrell & Associates
8840 Stanford Blvd.
Suite 2000
Columbia, MD  21045
*(Counsel for Defendants Kenyatta Norman, M.D. and Howard University Hospital)*

/S/ Gabriel A. Assaad
Gabriel A. Assaad, Esq.