DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **JAMES INGRAM,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05CV01985 |
| | : | Judge: Richard J. Leon |
| v. | : | |
| | : | |
| **WASHINGTON DC VETERANS** | : | |
| **AFFAIRS MEDICAL CENTER,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## Order

This matter coming before this Court upon Plaintiff's Motion for Leave to Amend the Complaint to Substitute a Party, it is this 22nd day of December 2005, hereby:

**ORDERED** that the Motion is granted and Plaintiff is allowed to file said Amended Complaint to Substitute a Party.

_____

Judge Richard J. Leon