DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

RECEIVED

JAN 1 3 2006

SUPERIOR COURT

| | |
|---|---|
| JAMES INGRAM, | * |
| | * |
| | * |
| **Plaintiff,** | * Case No. 1:05CV01985 |
| | * |
| | * Judge: Richard J. Leon |
| | * |
| **vs.** | * |
| | * |
| WASHINGTON DC VETERANS | * |
| AFFAIRS MEDICAL CENTER, et al., | * |
| | * |
| | * |
| **Defendants.** | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## LINE WITHDRAWING APPEARANCE OF THOMAS E. NEARY

Please withdraw appearance of Thomas E. Neary as Counsel for

Defendant in this matter.

Respectfully submitted,

HUGH W. FARRELL & ASSOCIATES

Thomas E. Neary, 464737
Hugh W. Farrell & Associates
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland 21045
(301) 596-7222

*Counsel for Defendants Howard University Hospital and Kenyatta Norman, MD*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Line withdrawing appearance of Thomas E. Neary as Counsel in this matter has been mailed, first class mail, postage prepaid, this 27 day of December, 2005, to:

Barry J. Nace, Esquire
Gabriel A. Assaad, Esquire
Paulson & Nace
1615 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Counsel for Plaintiff*

Ms. Alice A. Bishop
Department of Veterans Affairs
Office of Regional Counsel
1172 I Street, N.W., 3rd Floor
Washington, D.C. 20421

Willie J. Banks, Jr., MD
Howard University Hospital
2041 Georgia Avenue, N.W.
Washington, D.C. 20060 - 0002

_____
Thomas E. Neary, #464737