**UNITEDS STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES INGRAM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 05cv1985 (RJL) |
| vs. | * | |
| | * | |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**ANSWER TO AMENDED COMPLAINT
ON BEHALF OF HOWARD UNIVERSITY HOSPITAL
AND KENYATTA NORMAN, M.D., TWO OF THE DEFENDANTS**

Howard University Hospital and Kenyatta Norman, M.D., (who appears throughout the Amended Complaint as "Norman Kenyatta, M.D."), two of the Defendants, by and through their attorneys, HUGH W. FARRELL AND ASSOCIATES, answer the Amended Complaint filed by James Ingram, Plaintiff, and state as follows:

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Plaintiff's claims are barred by the applicable Statute of Limitations.

**THIRD DEFENSE**

The Plaintiff is guilty of assumption of risk that acts as a bar to his claim.

**FOURTH DEFENSE**

The Plaintiff is guilty of contributory negligence that acts as a bar to his claim.

**FIFTH DEFENSE**

Plaintiff's alleged injuries and damages were caused by acts or omissions of third parties for which these Defendants are not responsible.

**SIXTH DEFENSE**

Plaintiff's alleged injuries and damages are a result of the natural disease process for which these Defendants are not responsible.

**SEVENTH DEFENSE**

Defendants Howard University Hospital and Kenyatta Norman, M.D. deny that the Plaintiff was injured to the extent claimed and deny that the Plaintiff's injuries or damages were caused by the alleged acts of negligence of these Defendants.

**EIGHTH DEFENSE**

As to each of the numbered allegations set forth in the Amended Complaint, Defendants Howard University Hospital and Kenyatta Norman, M.D. respond as follows:

1. Paragraph One of the Amended Complaint is a statement of jurisdiction that does not require a response from these Defendants.

2. Paragraph Two of the Amended Complaint is a statement of venue that does not require a response from these Defendants.

3. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Three of the Amended Complaint, therefore those allegations are denied.

4. The allegations contained in Paragraph Four of the Amended Complaint do not apply to these Defendants and therefore do not require a response from them.

5. Defendants admit the facts as alleged in Paragraph Five of the Amended Complaint.

6. The allegations contained in Paragraph Six of the Amended Complaint do not apply to these Defendants and therefore do not require a response from them.

7. In reply to the allegations contained in Paragraph Seven of the Amended Complaint, Defendants admit that Kenyatta Norman, M.D. was an orthopaedic resident at all time relevant to the allegations made in the Amended Complaint.

8. As to Paragraph Eight of the Amended Complaint, Defendants admit that as an orthopaedic resident Kenyatta Norman, M.D. was an employee of Howard University Hospital. Defendants deny that Willie J. Banks, Jr., M.D. was an agent or employee of Howard University Hospital.

9. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Nine of the Amended Complaint, therefore those allegations are denied.

10. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Ten of the Amended Complaint, therefore those allegations are denied.

11. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Eleven of the Amended Complaint, therefore deny those allegations and demand strict proof thereof.

12. Defendants at this time lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twelve of the Amended Complaint, therefore those allegations are denied.

**BACKGROUND**

13. Defendants at this time lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Thirteen of the Amended Complaint, therefore those allegations are denied.

14. Defendants at this time lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Fourteen of the Amended Complaint, therefore those allegations are denied.

15. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Fifteen of the Amended Complaint, therefore those allegations are denied.

16. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Sixteen of the Amended Complaint, therefore those allegations are denied.

17. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Seventeen of the Amended Complaint, therefore those allegations are denied.

18. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Eighteen of the Amended Complaint, therefore those allegations are denied.

19. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Nineteen of the Amended Complaint, therefore those allegations are denied.

20. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twenty of the Amended Complaint, therefore those allegations are denied.

21. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twenty-One of the Amended Complaint, therefore those allegations are denied.

22. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twenty-Two of the Amended Complaint, therefore those allegations are denied.

23. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twenty-Three of the Amended Complaint, therefore those allegations are denied.

24. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twenty-Four of the Amended Complaint, therefore those allegations are denied and Defendants demand strict proof thereof.

## COUNT I
(Medical Negligence)

25. Paragraph Twenty Five of the Amended Complaint is a statement of law that does not require a response from these Defendants. Defendants demand strict proof of all elements of Plaintiff's medical negligence claim.

26. Paragraph Twenty Six of the Amended Complaint is a statement of law that does not require a response from these Defendants. Defendants demand strict proof

of all elements of Plaintiff's medical negligence claim. To the extent the allegations contained in this Paragraph include statements of fact as to the Plaintiff's knowledge and state of mind, these Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations and, therefore, those allegations are denied and Defendants demand strict proof thereof.

27. Defendants deny the allegations contained in Paragraph Twenty-Seven of the Amended Complaint, including all subparts, and demand strict proof thereof.

28. Defendants deny the allegations contained in Paragraph Twenty-Eight of the Amended Complaint and demand strict proof thereof.

## **NINTH DEFENSE**

The Defendants hereby deny all allegations contained in the Amended Complaint that have not been specifically admitted to herein.

WHEREFORE, the Defendants Howard University Hospital and Kenyatta Norman, M.D., having fully answered the Amended Complaint against them, request that the Amended Complaint be dismissed with prejudice and attorney's fees and costs be assessed against the Plaintiff and his counsel.

Respectfully submitted,

HUGH W. FARRELL & ASSOCIATES

*s/ Hugh W. Farrell*
_____
Hugh W. Farrell, #375515
Hugh W. Farrell & Associates
8840 Stanford Boulevard, Suite 2000
Columbia, Maryland 21045
(301) 596-7222

*Counsel for Defendants Howard University Hospital and Kenyatta Norman, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of April, 2006, an electronic copy of the foregoing Answer to Amended Complaint was sent via electronic mail to all counsel of record via the Court's CM/ECF system and that a paper copy was sent to:

Kenneth L. Wainstein
Attorney General
United States Department of Justice
555 4th Street, N.W.
Fifth Floor
Washington, D.C.  20530

Willie J. Banks, Jr., MD
Howard University Hospital
2041 Georgia Avenue, N.W.
Washington, D.C.  20060 - 0002

*s/ Hugh W. Farrell*
_____
Hugh W. Farrell, #375515