A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JAMES INGRAM,

        Plaintiff(s)        )   **APPEARANCE**

        vs.        )   CASE NUMBER   05-cv-1985 (RJL)

UNITED STATES OF AMERICA, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eric W. Gunderson   as counsel in this
                                (Attorney's Name)

case for:   Howard University Hospital and Kenyatta Norman, M.D.
              (Name of party or parties)

May 22, 2006
Date

*[Signature]*
Signature

Eric W. Gunderson
Print Name

MD Fed 26319
BAR IDENTIFICATION

8840 Stanford Boulevard, Suite 2000
Address

Columbia, MD 21045
City    State    Zip Code

301-596-7222
Phone Number