UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES INGRAM, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No.:  05-1985 (RJL) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PRAECIPE**

Federal Defendants, the United States of America, Willie J. Banks, M.D., Kenyatta Norman, M.D.,[1] Alberto Gonzales, Attorney General, and the U.S. Department of Justice, request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for Federal Defendants in the above-captioned case.

Respectfully submitted,

MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.,
Washington, D.C.  20530
(202) 514-7220

Dated: June 7, 2006

---

[1] Plaintiff's amended complaint misidentifies Kenyatta Norman, M.D., as "Kentatta Norman, M.D."