UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES INGRAM,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  05-1985 (RJL) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### FEDERAL DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME

Federal Defendants, the United States of America, Willie J. Banks, M.D., Kenyatta Norman, M.D.,[1] Alberto Gonzales, Attorney General, and the U.S. Department of Justice, by and through undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the amended complaint. Federal Defendants request that the deadline for responding to the amended complaint be extended approximately 30 days, from June 9 to July 10, 2006. This is Federal Defendants' first request for an enlargement of time, and no scheduling order has been entered in this case. Plaintiff, through counsel, has graciously consented to the extension.

This enlargement of time is sought because additional time is needed for counsel for Federal Defendants to confer with agency counsel and obtain critical information about the circumstances of this case. Counsel for Federal Defendants is currently sorting out who in fact acted within the scope of his employment as an employee of the United States at the time of the alleged incidents. Counsel will then need to obtain official certification as to the scope of

---

[1] Plaintiff's amended complaint misidentifies Kenyatta Norman, M.D., as "Kentatta Norman, M.D."

Federal Defendants' involvement. Once the appropriate parties to this action have been determined, counsel can then begin to draft Federal Defendants' answer to the amended complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Federal Defendants some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Federal Defendants respectfully request that the time for answering or otherwise responding to the amended complaint be extended to and including July 10, 2006.

Dated: June 7, 2006.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME in the United States mail, via first class, postage paid, delivery to :

Gabriel Amin Assaad
Paulson & Nace
1615 New Hampshire Avenue, NW
Washington, DC 20009

and upon counsel for defendants at:

Hugh W. Farrell,
Eric Gunderson
Hugh W. Farrell & Associates
8840 Stanford Boulevard
Suite 2000
Columbia, MD 21045

on this 7th day of June, 2006.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.,
Washington, D.C.  20530
(202) 514-7220