UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES INGRAM,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No.:  05-1985 (RJL) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of federal defendants' initial consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the federal defendants' motion is hereby GRANTED, and that federal defendants shall have through and including July 10, 2006 to answer or otherwise respond to the complaint.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE