UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES INGRAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON DC VETERANS AFFAIRS )<br>MEDICAL CENTER, *et al*., )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1985 (RJL) |

## **WESTFALL CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the amended complaint in <u>James Ingram v. Washington DC Veterans Affairs Medical Center, et al.</u>, pending in the United States Court for the District of Columbia, Civil Action No. 05-1985 (RJL) (filed October 6, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that federal defendants Willie J. Banks, M.D and Kenyatta Norman, M.D.[1] were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

July 10, 2006

/s/
RUDOPLH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

---

[1] Throughout plaintiff's amended complaint, Kenyatta Norman, M.D., is misidentified as "Norman, Kenyatta, M.D." Additionally, the Court's electronic filing system misidentifies Kenyatta Norman, M.D., as "Kentatta Norman, M.D."

## Certificate of Service

I certify I caused copies of the foregoing Certification to be served via the Court's electronic filing system, addressed to:

> Gabriel Amin Assaad
> Paulson & Nace
> 1615 New Hampshire Avenue, NW
> Washington, DC 20009

and upon counsel for defendants at:

> Hugh W. Farrell,
> Eric Gunderson
> Hugh W. Farrell & Associates
> 8840 Stanford Boulevard
> Suite 2000
> Columbia, MD 21045

on this 10th day of July, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530