UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES INGRAM,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    Civil Action No.:  05-1985 (RJL) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## ORDER

UPON CONSIDERATION of federal defendants' motion to substitute the United States as the proper federal defendant, and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the federal defendants' motion is hereby GRANTED.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE