DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **JAMES INGRAM,** : | |
| : | |
| Plaintiff, : | Case No. 1:05CV01985 |
| : | Judge: Richard J. Leon |
| v. : | |
| : | |
| **WASHINGTON DC VETERANS** : | |
| **AFFAIRS MEDICAL CENTER,** *et al.*, : | |
| : | |
| Defendants. : | |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO FEDERAL DEFENDANTS' MOTION TO SUBSTITUTE THE UNITED STATES AS THE PROPER FEDERAL DEFENDANT**

COMES NOW Plaintiff, by and through undersigned Counsel, and respectfully requests this Court to grant the Consent Motion to Extend Time for Plaintiff to Respond to Federal Defendants' Motion to Substitute the United States as the Proper Federal Defendant. In support of said motion, Plaintiff states the following:

1. Both parties consent to a ten (10) day extension.

2. Therefore, Plaintiff requests that this Court grant an extension of time and that Plaintiff may submit an opposition to Defendant's motion due on August 3, 2006.

**WHEREFORE**, for the above-mentioned reasons, Plaintiff respectfully requests this Court to grant Plaintiff's Consent Motion for Extension of Time for Plaintiff to Respond to Federal Defendants' Motion to Substitute the United States as the Proper Federal Defendant.

Respectfully submitted,

PAULSON & NACE

/s/_____
Barry J. Nace, #130724
Gabriel A. Assaad, #478538
1615 New Hampshire Ave., NW
Washington, DC 20009
(202) 463-1999
*Counsel for Plaintiff*

\* \* \*

**Rule 7(m) Certification**

    I hereby certify that pursuant to Rule 7(m) I obtained consent from Assistant United States Attorney Megan L. Rose to the relief requested herein.

/s/_____
Gabriel A. Assaad, Esq.

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of July, 2006, I caused a true and exact copy of the foregoing *Consent Motion to Extend Time for Plaintiff to Respond to Federal Defendants' Motion to Substitute the United States as the Proper Federal Defendant* to be served via electronic means upon:

    Kenneth L. Wainstein, Esq.
    Rudolph Contreras, Esq.
    Megan L. Rose, Esq.
    Judiciary Center Building
    555 4th Street, N.W.
    Washington, D.C.  20530


    /s/_____
    Gabriel A. Assaad, Esq.

DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **JAMES INGRAM,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05CV01985 |
| | : | Judge: Richard J. Leon |
| v. | : | |
| | : | |
| **WASHINGTON DC VETERANS** | : | |
| **AFFAIRS MEDICAL CENTER,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter coming before this Court upon *Consent Motion to Extend Time for Plaintiff to Respond to Federal Defendants' Motion to Substitute the United States as the Proper Federal Defendant*, it is this ____ day of July, 2006, hereby:

ORDERED that the Motion is granted and Plaintiffs' Response is due on the 3rd day of August, 2006.

_____
The Honorable Richard J. Leon

Copies to:

Barry J. Nace, Esq.
Kenneth L. Wainstein, Esq.
Rudolph Contreras, Esq.
Megan L. Rose, Esq.