# MEMORANDUM OF AFFILIATION
# MASTER AGREEMENT

## BETWEEN THE DEPARTMENT OF VETERANS AFFAIRS (VA) AND THE UNDERSIGNED EDUCATIONAL INSTITUTION

VA NETWORK: ___VISN 5___

VA TREATMENT FACILITY (OR FACILITIES):

___VAMC DC___

___50 Irving Street, N.W.___

___Washington, D.C.  20422___

NAME OF EDUCATIONAL INSTITUTION:

___HOWARD UNIVERSITY -___

### Preamble

The provision of education for future healthcare providers and the conduct of research are statutorily defined as missions of the Veterans Health Administration. Building on the long-standing, close relationships between the U.S. Department of Veterans Affairs (VA) and the nation's academic institutions, VA seeks to play a leadership role in reshaping the education of future health-care professionals to help meet the rapidly changing scope and complexity of the nation's health-care delivery system. It is the intent of VA to maintain its long-standing practice of effective affiliations with educational institutions for the purposes of contributing to continued excellence in VA patient care and conducting joint academic programs that address health manpower needs throughout VA and the nation.

From its first forging in 1946, the purpose of affiliations has been to enhance the delivery of patient care. Within this purpose the education and research missions are intricately interwoven and complementary to the patient care mission.

At its finest, an affiliation agreement articulates a "one campus" concept for the two parties. To the extent possible, it establishes the goal of one standard for patient care, one standard for resident and student education, one standard for research, and one standard for faculty appointments. The parties to the affiliation agreement also seek to avoid duplication of academic assets and where mutually beneficial to enter into legal agreements to share patient care delivery services, facilities, equipment, and other resources that support the affiliation. The parties enter into this affiliation in a spirit of mutual benefit to be achieved through an equitable contribution of resources.

### Corollary Agreements

The generic umbrella of the affiliation agreement is critical to the affiliation because it forms the philosophical and in some cases, the legal basis for numerous specific agreements that may be executed between components of the affiliate and VA. Affiliation agreements with individual academic institutions may lead to agreements in a number of different academic programs and for a number of different health-care delivery arrangements that may be executed under the umbrella of the affiliation agreement. The success of the affiliation must be judged in the aggregate -- that is, a balanced judgment of the tradeoffs and values of all the arrangements entered into between the affiliated parties.

One or more corollary or related specific agreements may be entered into between the parties to the master affiliation agreement. These arrangements or agreements may involve any component of the Academic Medical Center, College or University and the local VA health-care facilities and may be in the form of contracts, memoranda of understanding, performance guidelines, leases, or other written agreements which cover academic or research partnerships, shared services, facilities, equipment or other resources that support the affiliation. Additional agreements may include Veterans Integrated Service network - wide coordinating agreements, or local multi-affiliate sharing agreements where relevant. These may include any of the following:

- memorandum of affiliation with a school of medicine
- disbursement agreements for the payment of medical residents while at VA facilities
- sharing agreements or scarce medical specialist services agreements with the affiliate or its faculty
- consulting and attending arrangements
- research agreements
- authorized arrangements for the use of space
- memorandum of affiliation with associated health educational programs
- general education agreements
- specific programmatic education agreements
- other agreements that may be advantageous to the affiliated parties

## Terms of Agreement

This agreement, when duly executed and approved by the Department of Veterans Affairs (VA), authorizes VA, its Veterans Integrated Service Networks and the listed VA facilities, to affiliate with the academic institution for the purposes of enhanced patient care, education and research. VA and the affiliated academic institution have a shared responsibility for the academic enterprise. In coordination with VA staff, the faculty of the academic affiliate has primary responsibility for the assignment and supervision of students and/or residents in their academic program(s). VA retains full responsibility for the care of patients, including the administrative and professional functions pertaining thereto. While in the VA facility, students and residents are subject to VA rules and regulations. Students will receive an orientation to the VA facility. Faculty members and facility staff supervisors are to evaluate the student's performance in mutual consultation and according to the guidelines outlined in the approved curriculum.

VA treatment facilities, or groups of VA treatment facilities as appropriate, will establish an Affiliation Partnership Council made up of representatives of the affiliated health professional schools. The Council will act as the strategic planning and coordination body for all academic matters involving VA and the affiliates, and will coordinate the tracking of measurable outcomes that emerge from reviews of the academic partnerships. The Council will inform VA of affiliate matters such as strategic planning, program direction or budgetary issues affecting VA. Topical or discipline specific subcommittees to address specific management or strategic interests may be developed as needed in collaboration with the academic and VA leadership.

The affiliate complies with Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, section 504 of the Rehabilitation Act of 1973, Title III of the Older Americans Amendments of 1975, the Americans with Disabilities Act of 1992, and all related regulations, and assures that it does not, and will not, discriminate against any person on the basis of race, color, sex, creed, national origin, age or handicap under any program or activity receiving Federal financial assistance.

Nothing in this agreement is intended to be contrary to State or Federal laws. In the event of conflict between terms of this agreement and any applicable State or Federal law, that State or Federal law will supersede the terms of this agreement. In the event of conflict between State and Federal laws, Federal laws will govern. Nothing in this agreement grants to the educational institution or the Partnership Council any legal authority to exercise control over any VA program or facility. Ultimate responsibility for the control and operation of VA facilities and programs rests with VA.

2

Periodic reviews of academic programs and policies will be conducted as necessary under the auspices of VA's Chief Academic Affiliations Officer.

This agreement is in force until further notice; it may be terminated in writing at any time by mutual consent with due consideration of patient care and educational commitments, or by 6 months advanced written notice by either party. [IF APPLICABLE: The affiliation agreement previously agreed to on 2/17/94 is hereby rescinded.]

_____ 7/2/97          _____ 7/3/97
Name and Title of Responsible Official      Name and Title of Responsible Official at
for the Educational Institution   (date)    VA Health Care Facility    (date)

                _____ 7/10/97
                Network Director
                Department of Veterans Affairs    (date)

Revised 2/97

3

## MEMORANDUM OF AFFILIATION
## SCHOOL OF MEDICINE AGREEMENT

### BETWEEN DEPARTMENT OF VETERANS AFFAIRS (VA) AND THE UNDERSIGNED SCHOOL OF MEDICINE

VA NETWORK: VISN 5

VA TREATMENT FACILITY (OR FACILITIES):
VAMC DC

50 Irving Street, N.W.
WAShington, D.C. 20422

NAME OF SCHOOL OF MEDICINE:

HOWARD UNIVERSITY - COLLEGE OF MEDICINE

This agreement, when duly executed and approved by the Department of Veterans Affairs (VA), authorizes VA, its Veterans Integrated Service Networks and the listed VA facilities, to affiliate with the university school of medicine for the academic purposes of enhanced patient care, education and research. VA and the affiliated school have a shared responsibility for the academic enterprise. The school accepts primary responsibility for the integrated education programs conducted with VA; and VA retains full responsibility for the care of patients, including administrative and professional functions pertaining thereto. Responsibilities are to be shared as follows:

1. **The Medical School**
   a. Nominates membership for the VA Affiliation Partnership Council and its subcommittees; membership will include the Medical School Dean and senior faculty members from appropriate divisions of the medical school.
   b. Nominates faculty to serve as VA medical staff in the number and with the qualifications agreed to by the school and VA.
   c. Through the VA facility Director and the medical staff, participates in the supervision of integrated academic programs at VA. VA staff members who are also faculty members are responsible for student and house staff supervision for educational purposes but may delegate responsibility to non-faculty VA staff members under unusual circumstances.
   d. Nominates residents and fellows for academic programs operated jointly by VA and the affiliated school; residents and fellows shall have the qualifications agreed upon by the school and VA.
   e. Consults with the Director in medical school decisions such as strategic planning, program direction and budgets that may directly affect VA.

2. **Department of Veterans Affairs, its Veterans Integrated Service Networks and component VA facilities**
   a. Operate and manage the VA facility.
   b. VA treatment facilities or groups of treatment facilities as appropriate will establish an Affiliation Partnership Council made up of representatives of affiliated health professional schools. The Council will act as the strategic planning and coordination body for all academic matters involving VA and the affiliates, and will coordinate the tracking of measurable outcomes that emerge from reviews of the academic partnerships. The Council will inform VA of affiliate matters such as strategic planning, program direction or budgetary issues affecting VA. Topical or discipline specific subcommittees to address specific management or strategic interests may be developed as needed in collaboration with the academic and VA leadership to address specific management or strategic interests.

4

   c. Appoint qualified physicians, dentists, and other health care professionals, as appropriate, to full-time and regular part-time staff of the facility. Receives nominations from the Medical School Dean for faculty appointments to VA staff and welcomes medical school nominations for non-faculty staff positions. The appointed VA staff, including chiefs of service, are responsible to their immediate supervisors.
   d. Consider the attending and consulting staff and trainees for appointment who are nominated by the school.
   e. Cooperate with the medical school in the conduct of appropriate academic programs of education and research.

3. Director, VA Health Care Facility (or equivalent title)
   a. Is responsible for the operation of the facility.
   b. Cooperates with the Affiliation Partnership Council and its subcommittees in the conduct of academic programs and in the evaluation of participating individuals and groups.

4. Chief of Staff, VA Health Care Facility (or equivalent title)
   a. Is responsible to the Director for the professional health care operations covered by the affiliation agreement.
   b. Cooperates with the Affiliation Partnership Council and its subcommittees and the affiliated education institutions in the direction and conduct of academic programs.

5. Chiefs of Services, VA Health Care Facility (or equivalent title)
   a. Are responsible to their superiors in VA for the conduct of their services.
   b. With the assistance of the health care facility staff, and in cooperation with consulting and attending staff, assist faculty members in the supervision of the academic programs that are the subject of this agreement and are within their respective services.

6. Full-time and Part-time VA Staff
   a. Are responsible to their supervisors in VA for the discharge of their responsibilities.
   b. Participate in the academic programs within their respective services. Those staff with faculty appointments are responsible for the supervision of the education of students and house staff on their service, and may only delegate supervision in unusual circumstances to non-faculty staff. All VA staff who are delegated such supervision must be appropriately credentialed and privileged.

7. Attending Staff
   a. Are responsible to the respective chiefs of services while serving as attending physicians for the VA facility.
   b. May be full or part-time staff, consulting and attending, or without compensation.
   c. Accept responsibility for the proper care and treatment of patients in their charge, including the supervision of students and house staff.
   d. Cooperate in achieving the education and research objectives of the academic programs in which they participate.
   e. Hold faculty appointments in the medical school, or are outstanding members of the profession with equivalent professional qualifications acceptable to VA.

8. Consultants
   a. Are members of the faculty, have professorial rank or have equivalent professional qualifications acceptable to VA, and are subject to VA regulations concerning consultants.
   b. As representatives of the school, participate in and are responsible for the integrated academic programs of the affiliated VA health care facilities subject to current VA policy and regulations.
   c. Make available to the Director, Chief of Staff, and the appropriate chief of service the benefit of their professional advice and counsel.

## TERMS OF AGREEMENT

The affiliate university/school complies with Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, section 504 of the Rehabilitation Act of 1973, Title III of the Older Americans Amendments of 1975, the Americans with Disabilities Act of 1992, and all related regulations, and assures that it does not, and will not, discriminate against any person on the basis of race, color, sex, creed, national origin, age, or handicap under any program or activity receiving Federal financial assistance.

Nothing in this agreement is intended to be contrary to State or Federal laws. In the event of conflict between terms of this agreement and any applicable State or Federal law, that State or Federal law will supersede the terms of this agreement. In the event of conflict between State and Federal law, Federal law will govern. When furnishing professional services covered by this agreement, protection of faculty members and students of the affiliated institutions from personal liability while at VA health care facilities will be that which is provided under the Federal Tort Claims Act, as implemented by 38 U.S.C. 7316. Nothing in this agreement grants to the educational institution or the Partnership Council any legal authority to exercise control over any VA program or facility. Ultimate responsibility for the control and operation of VA facilities and programs rests with VA.

Periodic reviews of academic programs and policies will be conducted as necessary under the auspices of VA's Chief Academic Affiliations Officer.

This agreement is in force until further notice; it may be terminated in writing at any time by mutual consent with due consideration of patient care and educational commitments, or by written notice by either party 6 months in advance of the next training experience. [IF APPLICABLE: The affiliation agreement previously agreed to on  2/17/94    is hereby rescinded.]

_____ 7/2/97
Name and Title of Responsible Official
for the School of Medicine          (date)

_____ 7/3/97
Name and Title of Responsible Official at
VA Health Care Facility             (date)

_____ 7/2/97
Name and Title of Responsible Official
for the Educational Institution     (date)

_____ 7/16/97
Network Director
Department of Veterans Affairs      (date)

Revised 2/97

6

## HOWARD SIGNATURES

INSTITUTION          FLOYD J. MALVEAUX, M.D., Ph.D
                     INTERIM VICE-PRESIDENT FOR
                     HEALTH AFFAIRS

MEDICAL SCHOOL       FLOYD J. MALVEAUX, M.D., Ph.D
                     DEAN, COLLEGE OF MEDICINE


## GEORGE WASHINGTON SIGNATURES

INSTITUTION          ALLAN B. WEINGOLD, M.D.
                     VICE PRESIDENT MEDICAL AFFAIRS
                     AND EXECUTIVE DEAN

MEDICAL SCHOOL       ROBERT I. KEIMOWITZ, M.D.
                     DEAN, SCHOOL OF MEDICINE &
                     HEALTH SCIENCES

CLINICAL EDUCATION AGREEMENT BETWEEN
HOWARD UNIVERSITY COLLEGE OF MEDICINE
AND
U.S. DEPARTMENT OF
VETERANS AFFAIRS MEDICAL CENTER

This AGREEMENT, effective as of August 25, 2003, is made by and between U.S. Department of Veterans Affairs Medical Center (hereinafter called "the Health Facility"), located at 50 Irving Street, N.W. 20422, and Howard University, on behalf of its Department of its departments in the College of Medicine, said department having facilities located at 2041 Georgia Avenue, N. W., Washington, D.C. 20060 (hereinafter "the School").

### RECITALS

**WHEREAS**, the School has a degree program in the discipline of medicine that requires students enrolled therein to participate in clinical learning experiences as set forth in the School's curriculum and in accordance with the accreditation body for medical schools;

**WHEREAS**, the Health Facility is engaged in certain clinical activities that can provide a part of the required clinical learning experiences for medical students enrolled in the School, if such medical students are allowed to participate in clinical activities in [insert discipline; e.g. pediatrics] at the Health Facility;

**WHEREAS**, the Health Facility desires to assist the School by providing clinical learning experiences for medical students from the School in an effort to contribute to the educational preparation of future physicians; and

**WHEREAS**, the provision of such medical students by the School also assists the Health Facility to achieve its mission;

**NOW THEREFORE**, in consideration of the mutual covenants set forth herein, the School and the Health Facility agree as follows:

### COVENANTS

1.0  RESPONSIBILITIES OF THE SCHOOL

It shall be the responsibility of the School to:

(a) Assume responsibility for the planning and implementation of the educational component of the medical student's training at the School;

(b) Notify the Health Facility, before the beginning of each training period, of the School's planned schedule of medical student assignments by providing the Health Facility with the names of the students, their levels of academic training, and the dates and hours of the clinical education assignment for each such student. Such notification shall be provided by School's designated "Clinical Coordinator";

(c) Provide the Health Facility with a list of the assignments that the students may assume during their clinical learning experience at the Health Facility, as well as other documentation regarding matters related to their clinical education. Such list shall be provided by School's designated "Clinical Coordinator";

(d) Assure continued compliance by the School with the educational standards established by its accrediting organization;

(e) Document and maintain the necessary records for the students' clinical learning experiences;

(f) Advise the students of their obligation to comply with all applicable School and Health Facility rules and regulations; and

(g) Indemnify and hold harmless the Health Facility, its officers, employees and representatives from and against any and all claims, damages, judgments, and actions including, but not limited to, the costs, expenses, and reasonable legal fees incurred in defending such claims, damages, judgments, and actions, arising by reason of the acts or omissions of the School under this AGREEMENT.

The Health Facility agrees to give the School written notice of all demands for indemnification hereunder within 30 days after the Health Facility knew or should have known of the basis for such a demand.

(h) School will participate actively in the Partnership Council (Dean's Committee). School will consult with VAMC in areas that may directly affect the VA. School will be responsible for the health care and such other medical examinations and protective measures necessary for its trainers.

2.0  RESPONSIBILITIES OF THE HEALTH FACILITY

It shall be the responsibility of the Health Facility to:

(a) Designate a Health Facility physician attending staff member, who is an active member of the Health Facility's medical staff, as the "Supervisor" under this AGREEMENT to be responsible for the coordination and implementation of the clinical learning experiences at the Health Facility for medical students from the School. The Supervisor shall ensure that the clinical learning experiences meet the standards established by the School's accrediting organization. The Supervisor shall be provided adequate time to plan and implement the clinical learning experiences for medical students from the School in conjunction with the School's Clinical Coordinator. When feasible, the Supervisor will attend relevant School faculty meetings and conferences;

(b) The parties agree to identify one or more attending level physicians, "supervising physician(s)", who are active members of the Health Facility's medical staff, to provide clinical supervision for each student while training at the Health Facility. The supervising physicians will assure that each student has a consistent and appropriate level of clinical and administrative supervision. The supervising physicians will review and direct the student's work and services from a clinical perspective;

(c) The supervising physicians shall be provided adequate time to plan and implement the clinical learning experiences for medical students from the School in conjunction with the School's Clinical Coordinator. When feasible, the supervising physicians will attend relevant School faculty meetings and conferences;

(d) Accept students to be enrolled in clinical learning experiences conducted at the Health Facility, as agreed to between the Supervisor at the Health Facility and the Chairman of the Department (**name of department**) at the School and as specified in attached exhibit A

(e) Provide orientation to students regarding the Health Facility, its equipment, procedures, and policies and provide such students copies of its rules and regulations;

(f) Evaluate the performance of the students, in a manner and to the extent agreed to by the School and the Health Facility, using evaluation forms provided by

the School. The completed evaluation forms shall be completed and forwarded to the School's Clinical Coordinator within one week following the conclusion of each student's participation in the clinical learning experiences conducted by the Health Facility;

(g) Retain sole authority and responsibility for the care and treatment of its patients. The Health Facility will assure that each patient has an attending physician of record who holds unrestricted clinical privileges at the Health Facility;

(h) Permit the use of the Health Facility's facilities and equipment by the students as necessary to conduct the clinical learning experiences, including, when practicable, the use of a library, study areas, lockers, parking, on call rooms, and cafeteria facilities;

(i) Advise the School at the earliest possible time of any student who is having material difficulty in progressing toward achievement of the stated

objectives of the clinical learning experiences being conducted at the Health Facility. Notwithstanding the foregoing, the Health Facility reserves the right to direct the School to withdraw any student whose health, conduct, or performance is a detriment to patients' well-being or to the achievement of the purposes of this AGREEMENT;

(j) Inform the School of any changes in its operations or policies that may materially affect the clinical learning experiences being conducted at the Health Facility;

(k) Provide immediate necessary medical treatment to students in the event of an accident or sudden illness occurring at the Health Facility. It shall be the duty of the School and/or student to provide payment or adequate health insurance coverage and any subsequent related care; and

(l) When providing professional services covered by this agreement, protection of Howard representatives and residents of Howard from personal liability when furnishing professional services covered by this agreement while at the VA Center will be that which is provided under the Federal Tort Claim Act as

implemented by 38U.S.C. 57316 and such person shall be considered medical care employees of the VA.

## 3.0 NON-DISCRIMINATION

It shall be the mutual responsibility of the School and the Health Facility to comply with all federal, state and local laws that are applicable to activities carried out under this AGREEMENT. The parties agree not to engage in unlawful discrimination on the grounds of race, color, national or ethnic origin, gender, marital status, religion, handicap, political affiliation, age, or any other basis proscribed by such laws.

The school complies with Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1975, Section 504 of the Rehabilitation Act of 1973, Title IB of the older Americans Amendments of 1975. the Americans with Disabilities Act of 1972 and all related regulations, and assures that it does not, and will not, discriminate against any person on the basis of race, color, sex, creed, national

origin, age or handicap under any program or activity receiving Federal financial assistance

## 4.0 CLINICAL COORDINATOR

The School's Clinical Coordinator under this AGREEMENT shall be the clerkship director for (name of department). Only the Clinical Coordinator and those School representatives who are signatories hereto shall be authorized to administer this AGREEMENT.

## 5.0 TERM

The term of this AGREEMENT shall be for [a one] year period and shall automatically review each year commencing on the effective date, provided that either party may terminate this AGREEMENT by providing the other party written notice not less than 6 months in advance of termination. Notwithstanding the provisions of the preceding sentence, such termination shall not prevent those students already participating under this AGREEMENT from completing their clinical learning experiences at the Health Facility. <u>This agreement shall be automatically renewed yearly for one year terms unless notification in writing of non-continuance of the agreement is provided by either party to the other party at LEAST 6 MONTHS DAYS BEFORE EXPIRATION OF THE AGREEMENT.</u> Provisions of this agreement, e.g., number of students assigned to the Health Facility by the School, may be changed by addendum signed by both parties.

## 6.0 RIGHTS OF THIRD PARTIES

-5-



# MEDICAL EDUCATION AFFILIATION AGREEMENT
# BETWEEN DEPARTMENT OF VETERANS AFFAIRS (VA),
# AND A SCHOOL OF MEDICINE
# AND ITS AFFILIATED PARTICIPATING INSTITUTIONS

*Use when trainees are enrolled in an academic program accredited by the Liaison Committee for Medical Education (LCME) or the Accreditation Council for Graduate Medical Education (ACGME)*

VISN 5; VA Capitol Health Care Network
VA NETWORK

VA Medical Center, Washington, DC 20422
VA MEDICAL CARE FACILITY (including city and state)

Howard University School of Medicine; Washington, DC
SCHOOL OF MEDICINE (including city and state)

Howard University Hospital; ACGME ID#100475; Washington, DC
AFFILIATED PARTICIPATING INSTITUTION #1 (including ACGME ID number, city, and state)

AFFILIATED PARTICIPATING INSTITUTION #2 (including ACGME ID number, city, and state)

AFFILIATED PARTICIPATING INSTITUTION #3 (including ACGME ID number, city, and state)

AFFILIATED PARTICIPATING INSTITUTION #4 (including ACGME ID number, city, and state)

This agreement, when duly executed and approved by the Department of Veterans Affairs (VA), establishes an affiliation between VA, its Veterans Integrated Service Networks, and the listed VA facilities, and the school of medicine and its affiliated participating institutions for the academic purposes of enhanced patient care, education, and research. A medical school and its affiliated institutions that are signatories to this document are collectively referred to as "partner institutions." All parties to the agreement have a shared responsibility for the academic enterprise. The partner institutions accept primary responsibility for the integrated education programs conducted with VA while VA retains full responsibility for the care of VA patients and administration of its operation. Additional responsibilities are delineated below.

## BACKGROUND

The provision of education for future health care providers and the conduct of research are VA statutory missions. By virtue of the close relationships between VA and the nation's academic institutions, VA plays a

leadership role in reshaping the education of future health care professionals to help meet the complex scope of the nation's health care delivery system. It is the intent of VA to maintain its long-standing practice of effective affiliations with educational institutions for the purposes of contributing to continued excellence in VA patient care and conducting joint academic programs that address health manpower needs throughout VA and the nation.

An affiliation agreement promotes common standards for patient care, resident and student education, research, and staff appointments. The parties to the affiliation agreement also seek to avoid duplication of academic assets. The parties enter into this affiliation in a spirit of mutual benefit to be achieved through an equitable contribution of resources. The affiliation agreement is crucial to the partnership because it forms the philosophical and, in some cases, the legal basis for numerous specific agreements that may be executed between components of the affiliate and VA.

In entering into any agreements, VA and the affiliate have a responsibility to comply with federal laws and VA policies concerning conflicts of interest. The existence of an affiliation agreement does not guarantee that VA and the affiliate will enter into additional agreements. However, some institutions may have other agreements including contracts, memoranda of understanding, or other written agreements.

## TERMS OF AGREEMENT

Ultimate responsibility for the control and operation of VA facilities and programs rests with VA. Ultimate responsibility for academic education rests with school of medicine and its affiliated institutions. Through this affiliation agreement, a partnership is created to enable enhanced patient care, education, and research.

The partner institutions comply with Title VI of the Civil Rights Act of 1964, section 504 of the Rehabilitation Act of 1973, Title IX of the Education Amendments of 1972, the Age Discrimination Act of 1975, and all related regulations, and assures that they do not, and will not, discriminate against any person on the basis of race, color, national origin, sex, disability, or age under any program or activity receiving federal financial assistance.

Nothing in this agreement is intended to be contrary to state or federal laws. In the event of conflict between terms of this agreement and any applicable state or federal law, that state or federal law will supersede the terms of this agreement. In the event of conflict between state and federal law, federal law will govern.

When providing professional services covered by this agreement, protection of faculty members (except those providing services under a contract with VA) and trainees of the affiliated institution from personal liability while at a VA health care facility will be that which is provided under the Federal Employees Liability Reform and Tort Compensation Act 28 U.S.C.2679 (b)-(d).

## RESPONSIBILITIES

1. **The school of medicine has the following responsibilities:**

   A. Operate and manage the school of medicine and its associated residency programs and assume overall responsibility for the educational programs.

   B. Maintain accreditation by the nationally recognized accreditation entities, the Liaison Committee for Medical Education (LCME) for medical students and the Accreditation Council for Graduate Medical Education (ACGME) for medical residents.

   C. Encourage school of medicine faculty to accept positions as VA medical staff and assure that academic standards are met.

D. Enable school of medicine faculty appointments, appointments to school of medicine committees, and administrative positions for VA-based staff.

E. Recommend members for appointment to the VA Affiliation Partnership Council and its subcommittees. Members will include the medical school dean and senior faculty members from appropriate divisions of the medical school and affiliated participating institutions.

2. **The school of medicine and its affiliated participating institutions (partner institutions) have the following responsibilities:**

A. Maintain accreditation by the Accreditation Council for Graduate Medical Education (ACGME) for medical residents.

B. Authorize VA to receive from ACGME, and ACGME to provide VA, pursuant to a Memorandum of Understanding between VA and ACGME, letters of notification sent by ACGME to each institution having graduate medical education programs with which VA is affiliated.

C. Participate in the supervision of integrated academic programs at VA.

D. Select residents for academic programs involving VA, the school of medicine, and the affiliated participating institutions. Residents accepted for assignment at VA facilities must have the qualifications and credentials as agreed upon by the school of medicine, the affiliated participating institutions, and VA.

E. Develop educational program letters of agreement for each VA health facility that provides a resident with educational experience that is one month or longer in duration. These agreements must identify faculty who will teach, supervise, and evaluate resident performance; oversee duty hours; outline resident educational objectives; specify periods of resident assignment; and establish policies and procedures for maintaining resident education during the assignment.

3. **VA has the following responsibilities:**

A. Operate and manage the VA facility and maintain accreditation by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) and other accrediting entities.

B. Appoint qualified health care professionals, as appropriate, as full-time or part-time staff of the facility, who will provide supervision of trainees and provide veteran patient care.

C. Participate with the sponsoring institution in the academic programs of education and research, provide an appropriate learning environment, and supply sufficient resources for appropriate conduct of such programs.

D. Assure that staff with appropriate credentials will supervise trainees.

E. Establish minimal qualifications for trainees coming to VA for academic programs.

F. Orient trainees and faculty to the VA facility and inform them that they are subject to VA rules and regulations while in a VA facility.

G. Review and sign appropriate educational program letters of agreement prepared by the sponsoring institution for trainees.

H. Ensure that all trainees who will be assigned to VA receive appropriate VA appointments.

I. Evaluate the trainee's performance and conduct in mutual consultation with the program director and according to the guidelines outlined in the approved curriculum and accepted standards.

J. Dismiss any trainee from VA assignment in accordance with VA Handbook 5021, Part VI, Paragraph 15 or Paragraph 18, whichever paragraph applies.

K. Encourage faculty appointments at the sponsoring institution for VA staff.

L. Appoint VA and appropriate sponsoring institution program faculty to the VA Partnership Council and its subcommittees. Program faculty will be chosen based on the extent of involvement in the VA training program and geographic proximity to the VA facility.

M. Conduct periodic reviews of academic programs and policies according to VA policies.

## TERMINATION OF AFFILIATION AGREEMENT

This affiliation agreement is in force until further notice and supersedes any previous affiliation agreement. It may be terminated in writing at any time by mutual consent with due consideration of patient care and educational commitments, or by written notice by either party 6 months in advance of the next training experience.

# SCHOOL OF MEDICINE AND AFFILIATED PARTICIPATING INSTITUTIONS
## SIGNATURE PAGES

*Requires signature of Designated Institutional Official (DIO) for each affiliated participating institution listed on page one*

_____
Signature of DIO for the Affiliated Participating Institution #1

5/6/05
_____
Date of Signature

_____
Typed Name of Individual Signing Above

_____
Typed Title of Individual Signing Above

_____
Typed Name of Affiliated Participating Institution

_____
Signature of DIO for the Affiliated Participating Institution #2

_____
Date of Signature

_____
Typed Name of Individual Signing Above

_____
Typed Title of Individual Signing Above

_____
Typed Name of Affiliated Participating Institution

_____
Signature of Designated Legal Signer for the Affiliated Participating Institution #1

_____
Date of Signature

_____
Typed Name of Individual Signing Above

_____
Typed Title of Individual Signing Above

_____
Typed Name of Affiliated Participating Institution

_____
Signature of Designated Legal Signer for the Affiliated Participating Institution #2

_____
Date of Signature

_____
Typed Name of Individual Signing Above

_____
Typed Title of Individual Signing Above

_____
Typed Name of Affiliated Participating Institution

## SCHOOL OF MEDICINE AND AFFILIATED PARTICIPATING INSTITUTIONS
## SIGNATURE PAGES

*Requires signature of Designated Institutional Official (DIO) for each affiliated participating institution listed on page one*

---
Signature of DIO for the Affiliated Participating Institution #1

5/12/05
Date of Signature

Robin C. Newton, M.D.
Typed Name of Individual Signing Above

Special Assistant to the Sr. VP for Health Sciences
Director, Graduate Medical Education
Typed Title of Individual Signing Above

Howard University Hospital
Typed Name of Affiliated Participating Institution

---
Signature of DIO for the Affiliated Participating Institution #2

5/25/05
Date of Signature

Floyd J. Malveaux, M.D.
Typed Name of Individual Signing Above

Dean, College of Medicine
Typed Title of Individual Signing Above

Howard University
Typed Name of Affiliated Participating Institution

---
Signature of Designated Legal Signer for the Affiliated Participating Institution #1

Date of Signature

Sherman P. McCoy
Typed Name of Individual Signing Above

Executive Director and Chief Executive Officer
Typed Title of Individual Signing Above

Howard University Hospital
Typed Name of Affiliated Participating Institution

---
Signature of Designated Legal Signer for the Affiliated Participating Institution #2

Date of Signature

Victor F. Scott, M.D.
Typed Name of Individual Signing Above

Senior Vice President for Health Sciences (I)
Typed Title of Individual Signing Above

Howard University
Typed Name of Affiliated Participating Institution

---
Signature of Designated Legal Signer for the Affiliated Participating Institution #3

05/28/05
Date of Signature

Sheila Roberts
Typed Name of Individual Signing Above

Acting Chief Financial Officer
Typed Title of Individual Signing Above

Howard University
Typed Name of Affiliated Participating Institution

## DEPARTMENT OF VETERANS AFFAIRS SIGNATURE PAGE

*Signature of VA Designated Education Official*

6/3/05
*Date of Signature*

MICHELE PATO, MD
*Typed Name of Individual Signing Above*

Associate Chief of Staff for Education
*Typed Title of Individual Signing Above*

*Signature of Director or Equivalent Responsible Official for the VA Healthcare Facility*

*Date of Signature*

SANFORD M. GARFUNKEL
*Typed Name of Individual Signing Above*

Medical Center Director
*Typed Title of Individual Signing Above*

*Signature of VISN Director or Designee for Department of Veterans Affairs*

JUL 0 6 2005
*Date of Signature*

JAMES J. NOCKS, M.D., M.S.H.A.
*Typed Name of Individual Signing Above*

Network Director, VISN 5
*Typed Title of Individual Signing Above*

*Signature of Chief Academic Affiliations Officer, VHA Office of Academic Affiliations, VA Central Office*

*Date of Signature*

KAREN M. SANDERS, MD
*Typed Name of Individual Signing Above*