UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES INGRAM , ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1985 (RJL) |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON DC VETERANS AFFAIRS ) | |
| MEDICAL CENTER, *et al*., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' JOINT STATUS REPORT

Federal Defendants and Defendant Howard University Hospital Center hereby respectfully submit this report to set forth the status of the above-captioned action. Counsel for Federal Defendants attempted to confer with Plaintiff's counsel concerning the attached status report, but she did not hear back from him. Should the Court deem it necessary, a proposed order is also attached.

By way of background, on October 5, 2005, Plaintiff filed a complaint against the Washington, DC Veterans Affairs Medical Center, Willie J. Banks, Jr., M.D., Norman Kenyatta, M.D., and Howard University Hospital Center, seeking damages for alleged medical malpractice related to Plaintiff's treatment at the Washington, DC Veterans Affairs Medical Center. Docket Entry No. 1. On October 11, 2005, this Court issued a Standing Order, providing that within 30 days of all defendants answering the complaint or filing other motions under Rule 12(b) of the Federal Rules of Civil Procedure, the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. Docket Entry No. 2. The Order also provided that no

later than fourteen days following that meeting, counsel shall submit: (1) their Joint Meet and Confer Statement addressing all topics listed in Local Civil Rule 16.3(c); and (2) a proposed scheduling order(s) in accordance with Rule 16.3(d).  Id.

On April 4, 2006, Plaintiff filed his First Amended Complaint against the United States of America, the U.S. Department of Justice, Alberto Gonzales, Attorney General, Willie J. Banks, Jr., M.D., Kenyatta Norman, M.D., and Howard University Hospital Center.  Docket Entry No. 8.  Subsequently, Howard University Hospital Center and Kenyatta Norman, M.D., filed their answer to the First Amended Complaint.  Docket Entry No. 9.  On July 10, 2006, Federal Defendants, the United States of America, the U.S. Department of Justice, Alberto Gonzales, Attorney General, Willie J. Banks, Jr., M.D., Kenyatta Norman, M.D., simultaneously filed their answer to the First Amended Complaint and a motion to substitute the United States as the sole Federal Defendant in this case.  Docket Entries No. 13, 14.  Accordingly, to the extent that the Court's previous Order remains in effect, the parties should confer before August 9, 2006, and submit their Joint 16.3 Statement prior to August 23, 2006.

However, Plaintiff has opposed Federal Defendant's Motion, and Federal Defendants have replied in support of substituting the United States as the sole Federal Defendant.  See Docket Entries No. 16, 17.  Additionally, counsel for Howard University has indicated to counsel for Federal Defendants that he anticipates filing a motion to dismiss Howard University from this action.  Therefore, because the proper defendants in this action have yet to be determined by the Court, the parties hereby file a status report with the Court and propose that to the extent the Court's previous Order remains in effect the filing of a Joint 16.3 Statement be stayed pending the Court's resolution of Federal Defendant's Motion To Substitute the United States and

Howard University's Motion To Dismiss. Upon the Court's ruling on both motions, the parties can better address the relevant issues and move this case toward resolution. The parties will then confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 and submit their Joint Meet and Confer Statement addressing all topics listed in Local Civil Rule 16.3(c).

Dated: August 16, 2006                    Respectfully submitted,

/s/_____
KENNETH L. WAINSTEIN., DC Bar #451058
United States Attorney

/s/_____
RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney

/s/_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

Counsel for Federal Defendants


/s/_____
Hugh W. Farrell, DC Bar # 375515
Eric W. Gunderson, MD Bar # 26319
Hugh W. Farrell & Associates
8840 Stanford Boulevard, Suite 2000
Columbia, MD 21045

Counsel for Defendants Howard University Hospital and
        Kenyatta Norman, M.D.