UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES INGRAM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1985 (RJL) |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON DC VETERANS AFFAIRS ) | |
| MEDICAL CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is this _____ day of \_\_\_\_, 2006,

ORDERED that the filing of the parties Joint 16.3 Statement in the above-captioned action is stayed pending the Court's Orders on Federal Defendant's Motion to Substitute the United States and Howard University's Motion To Dismiss.

Dated:_____          _____
                                          RICHARD J. LEON
                                          UNITED STATES DISTRICT JUDGE