UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES INGRAM, | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 05cv1985 (RJL) |
| vs. | * |
| | * |
| UNITED STATES OF AMERICA, *et al.*, | * |
| | * |
| Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### HOWARD UNIVERSITY HOSPITAL'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Howard University Hospital, one of the Defendants, by and through its attorneys, Hugh W. Farrell and Eric W. Gunderson, Hugh W. Farrell & Associates, pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss, or, in the alternative, moves for summary judgment as to, all claims asserted against Howard University Hospital in the Amended Complaint filed by James Ingram, Plaintiff. In support thereof, and as more fully set forth in the accompanying Memorandum of Law, which is incorporated herein in its entirety, Howard University Hospital states that:

1.  Plaintiff alleges that Howard University Hospital is vicariously liable for the alleged negligence of Kenyatta Norman, M.D., a physician enrolled in the Hospital's residency program while providing treatment to Plaintiff at the Washington D.C. VA Medical Center;

2.  In papers filed with this Court in this action, the United States has certified that Kenyatta Norman, M.D. was, at all times while providing treatment to Plaintiff at the Washington D.C. VA Medical Center, a federal employee.

3.  Howard University Hospital agrees that at all times relevant to the claims asserted Dr. Norman was an employee of the Washington D.C. VA Medical Center and that the Hospital

retained no control or supervision over Dr. Norman's care and treatment of Plaintiff while a patient at that federal facility;

4.     Therefore, Plaintiff's claims against Howard University Hospital should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

5.     Should the Court rely on evidence outside of the Amended Complaint, Howard University Hospital's motion to dismiss should be treated as one for summary judgment pursuant to Fed. R. Civ. P. 56 and summary judgment should be entered in favor of Howard University Hospital since there is no dispute to the material facts which establish, as a matter of law, that Dr. Norman was at all times relevant an employee of the Washington D.C. VA Medical Center over whom Howard University Hospital retained no control or supervision with respect to his care and treatment of Plaintiff.

Respectfully submitted,

HUGH W. FARRELL & ASSOCIATES

*s/ Hugh W. Farrell*

_____
Hugh W. Farrell #375515
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland 21045
301-596-7222

*s/ Eric W. Gunderson*

_____
Eric W. Gunderson #26319
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland 21045
301-596-7222
*Attorneys for Defendant Howard University Hospital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2006, an electronic copy of the foregoing document was sent via electronic mail to all counsel of record via the Court's CM/ECF system.

*s/ Eric W. Gunderson*
_____
Eric W. Gunderson #26319