UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES INGRAM, | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 05cv1985 (RJL) |
| vs. | * |
| | * |
| UNITED STATES OF AMERICA, *et al.*, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Howard University Hospital's Motion to Dismiss or, In the Alternative, for Summary Judgment, on this _____ day of _____, 2006, it is hereby

ORDERED that the Motion be and hereby is GRANTED; and it is further

ORDERED that all claims asserted against Howard University Hospital be and hereby are DISMISSED WITH PREJUDICE.

_____
HON. RICHARD J. LEON
United States District Judge