DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **JAMES INGRAM,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05CV01985 |
| | : | Judge: Richard J. Leon |
| v. | : | |
| | : | |
| **WASHINGTON DC VETERANS** | : | |
| **AFFAIRS MEDICAL CENTER,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**PARTIAL CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO HOWARD UNIVERSITY HOSPITAL'S <u>MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

COMES NOW Plaintiff, by and through undersigned Counsel, and respectfully requests this Court for an extension of time for Plaintiff to file their Opposition to Howard University Hospital's Motion to Dismiss or, in the Alternative, for Summary Judgment. Defendant, Howard University Hospital, consents to said Motion. In support of Plaintiff's Motion, Plaintiff states the following:

1. Howard University Hospital filed a Motion to Dismiss or, in the Alternative, for Summary Judgment on August 16, 2006. Plaintiff's Opposition is due on August 30, 2006.

2. Following the filing of Defendant Howard University Hospital's Motion, this Court held that Dr. Norman Kenyatta was an employee of the VA Medical Center in the District of Columbia at all times. Therefore, due to the Court ruling on that issue, Howard University Hospital may not be vicariously liable for the actions of Dr. Kenyatta.

3. Counsel for Plaintiff and Howard University Hospital are preparing a Praecipe dismissing Howard University Hospital based on the Court's ruling without prejudice.

4. Therefore, Plaintiff requests two (2) additional weeks for counsel to consult with their clients and to prepare a praecipe regarding the dismissal of Howard University Hospital without prejudice.

**WHEREFORE**, for the above-mentioned reasons, Plaintiff respectfully requests this Court for an extension of time for Plaintiff to file their Opposition to Howard University Hospital's Motion to Dismiss, or in the Alternative for Summary Judgment.

Respectfully submitted,

PAULSON & NACE

/s/ _____
Barry J. Nace, #130724
Gabriel A. Assaad, #478538
1615 New Hampshire Ave., NW
Washington, DC 20009
(202) 463-1999
*Counsel for Plaintiff*

\* \* \*

### Rule 7(m) Certification

I hereby certify that pursuant to Rule 7(m) I obtained consent from Hugh W. Farrell, Esq. on behalf of Howard University Hospital, but was unable to reach Assistant United States Attorney Megan L. Rose for the United States to the relief requested herein.

**CERTIFICATE OF SERVICE**

    I certify that on this 29th day of August, 2006, an electronic copy of the foregoing doc was via electronic mail to all counsel of record via the Court's CMSECF system,

    Kenneth L. Wainstein, Esq.
    Rudolph Contreras, Esq.
    Megan L. Rose, Esq.
    Judiciary Center Building
    555 4th Street, N.W.
    Washington, D.C.  20530

    Hugh W. Farrell, Esq.
    Hugh W. Farrell & Associates
    8840 Stanford Blvd., Suite 2000
    Columbia, MD 21045

    /s/_____
    Gabriel A. Assaad, Esq.

DISTRICT COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **JAMES INGRAM,** | : | |
| | : | |
| **Plaintiff,** | : | Case No. 1:05CV01985 |
| | : | Judge: Richard J. Leon |
| v. | : | |
| | : | |
| **WASHINGTON DC VETERANS** | : | |
| **AFFAIRS MEDICAL CENTER,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

This matter coming before this Court upon Consent Motion to Extend Time for Plaintiff's Opposition to Howard University Hospital's Motion to Dismiss, or in the Alternative for Summary Judgment, it is this ____ day of _____, 2006, hereby:

ORDERED that the Motion is granted and Plaintiffs' Response is due on the <u>12th day of September, 2006</u>.

                                                                                            _____
                                                                                            The Honorable Richard J. Leon

Copies to:

Barry J. Nace, Esq.
Hugh W. Farrell, Esq.
Kenneth L. Wainstein, Esq.
Rudolph Contreras, Esq.
Megan L. Rose, Esq.