## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JAMES INGRAM,                                    *
                                                 *
                                                 *        Case No. 1:05CV01985
                    Plaintiff,                   *
                                                 *        Judge:  Richard J. Leon
                                                 *
          vs.                                    *
                                                 *
WASHINGTON DC VETERANS                           *
AFFAIRS MEDICAL CENTER, et al.,                  *
                                                 *
                                                 *
                    Defendants.                  *
                                                 *
*        *        *        *        *        *        *        *        *        *        *        *

### VOLUNTARY DISMISSAL BY STIPULATION
### OF THE PARTIES OF DEFENDANT HOWARD UNIVERSITY ONLY

Pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, by stipulation of the parties through their respective counsel, in consideration of the Court's Order of August 18, 2006, granting the Motion to Substitute the United States as the Proper Federal Defendant, the case against Howard University Hospital is dismissed without prejudice.  Plaintiff reserves the right to refile the Complaint against the Defendant Howard University Hospital if discovery should develop evidence that at relevant times Dr. Kenyatta Norman was acting under the direction and control of Howard University Hospital.  Plaintiff's action against the remaining defendant The United States of America will continue.  Each party is responsible for bearing their own costs in this action.

Date:  September 19, 2006

Respectfully submitted,

PAULSON & NACE

/s/
_____
Barry J. Nace  D.C. Bar #130724
Gabriel A. Assaad  D.C. Bar #478538
1615 New Hampshire Avenue, N. W.
Washington, D. C. 20009
(202) 463-1999
*Counsel for the Plaintiff*


UNITED STATES ATTORNEY

/s/
_____
Kenneth L. Wainstein  D.C. Bar #451058
United States Attorney

/s/
_____
Rudolph Contreras  D.C. Bar #434122
Assistant United States Attorney

/s/
_____
Megan L. Rose  D.C. Bar #28369
United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, N. W.
Washington, D. C. 20530
(202) 514-7220
*Counsel for the United States of America*

HUGH W. FARRELL & ASSOCIATES


/s/
_____
Hugh W. Farrell  D.C. Bar #375515
Eric W. Gunderson  D.C. Bar #499340
Hugh W. Farrell & Associates
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland  21045
(301) 596-7222
*Counsel for Defendant Howard University Hospital*