UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES INGRAM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1985 (RJL) |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON DC VETERANS AFFAIRS ) | |
| MEDICAL CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY AND EXPERT DEADLINES**

Plaintiff James Ingram and Defendant United States of America[1] respectfully move this Court together for an Order extending the period for discovery approximately three and a half months beyond its current deadline, or until August 20, 2007. In addition, the parties similarly move to extend the expert deadlines and briefing schedule established in this case. The grounds for this motion are set forth below.

Plaintiff filed the instant action against the United States, claiming that its employees were negligent in performing Plaintiff's right-knee ACL reconstruction. See Am. Compl. ¶ 27. Discovery is currently scheduled to close in this case on May 4, 2007, and the Court has scheduled a status conference for May 7, 2007. However, the parties now need additional time to conduct further discovery and to determine whether this case can be resolved without further litigation. Although both parties have made some progress in discovery, due to the undersigned

---

[1] Pursuant to an August 18, 2006 Minute Order, the Court granted Federal Defendants' motion to substitute the United States of America pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671, et seq., as the proper defendant. See Docket Entry No. 14; August 18, 2006 Minute Order.

counsels' large caseloads in an active docket, and due to the unexpected illness of Plaintiff's counsel's supervising partner, neither counsel has been able to complete its expert disclosures prior to the current deadlines. The parties request that the expert deadlines be moved as follows: Plaintiff be required to provide any expert reports no later than May 20, 2007, and that Defendant be given until July 20, 2007 to provide its expert reports to Plaintiff.

Additionally, the parties are simultaneously filing with this motion a joint motion for protective order in order to disclose certain sensitive information to their experts. Once both parties have had an opportunity to confer with their experts in more detail, the parties will be able to further evaluate this case and complete all necessary discovery. The parties also will then better be able to discuss the possibility of settlement. As stated in the Joint Report, the parties believe that alternative dispute resolution, which they requested take the form of settlement discussions with a Magistrate Judge, may be appropriate after they have had some time to conduct further discovery and exchange expert reports.

Similar to the current schedule, the parties suggest that if discovery closes August 20, 2007, the Court schedule a status conference sometime shortly thereafter, at which time the parties could indicate the status of any settlement discussions and whether they intend to file any motions. Accordingly, the parties also propose that the briefing schedule established by the Court be extended by approximately the same amount as the discovery period. The parties would propose the following schedule for briefing any dispositive motions: motions to be filed by October 10, 2007; oppositions filed by November 9, 2007; and reply briefs filed by November 30, 2007.

WHEREFORE, the parties jointly and respectfully request that the Court extend the

period for discovery in this case through and including August 20, 2007, and re-schedule the status conference currently scheduled for May 7, 2007 to a date convenient to the Court after August 20, 2007.

Dated: April 3, 2007                Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, DC Bar # 434122
Assistant United States Attorney

/s/_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

Counsel for Defendant


/s/_____
Gabriel Amin Assaad
Paulson & Nace
1615 New Hampshire Avenue, NW
Washington, DC 20009

Counsel for Plaintiff.