UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES INGRAM,

    Plaintiff,

v.

WASHINGTON DC VETERANS AFFAIRS
MEDICAL CENTER, *et al.*,

    Defendants.

Civil Action No.: 05-1985 (RJL)

ORDER

Upon consideration of the Parties' Joint Motion For Extension of Discovery and Expert Deadlines, and the entire record herein, it is this _____ day of ____, 2007,

ORDERED that the parties' motion is hereby GRANTED; and it is

FURTHER ORDERED that the parties shall have through and until August 20, 2007, to complete discovery; that Plaintiff shall provide any expert reports no later than May 20, 2007, and that Defendant shall provide to Plaintiff its expert reports no later than July 20, 2007; and it is

FURTHER ORDERED that the briefing of any dispositive motions shall be extended as follows: motions to be filed by October 10, 2007; oppositions filed by November 9, 2007; and reply briefs filed by November 30, 2007.

Dated:_____         _____
                                               RICHARD J. LEON
                                               UNITED STATES DISTRICT JUDGE