**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
JAMES INGRAM                  )
                              )
         Plaintiff,           )
                              )
    v.                        )  Civil Action No. 05cv1985 (RJL)
                              )
UNITED STATES OF AMERICA      )
                              )
         Defendant.           )
                              )
```

**ENTRY OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

　/s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843