UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JAMES INGRAM                    )
                                )
            Plaintiff,          )
                                )
    v.                          ) Civil Action No. 05cv1985 (RJL)
                                )
UNITED STATES OF AMERICA        )
                                )
            Defendant.          )
_____)
```

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action hereby enter into this Stipulation Of Dismissal under the following terms:

1) The parties agree that the pending claims in this action are hereby dismissed with prejudice;

2) each party shall bear his/its own costs; and

3) should Plaintiff later commence an action based upon or including the same claim against the United States, Defendant reserves the right under Fed. R. Civ. P. 41(d) to seek to recoup the costs incurred in this action.

WHEREFORE, the above civil action is hereby dismissed.

Executed this 5th day of September, 2007.

Respectfully Submitted,


 /s/ Gabriel Assad                    /s/ Jeffrey A. Taylor
GABRIEL ASSAD DC Bar #478538    JEFFREY A. TAYLOR, DC Bar #498610
BARRY NACE DC Bar #130724       United States Attorney
1615 New Hampshire Ave. NW
Washington, DC 20009
(202)463-1999                     /s/ Rudolph Contreras
                                RUDOLPH CONTRERAS, DC BAR #434122
Attorneys for Plaintiff         Assistant United States Attorney


                                  /s/ Megan Rose
                                MEGAN ROSE, NC BAR #NC28639
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, DC  20530
                                (202)514-7220

                                Attorneys for Federal Defendant



It is so ORDERED by the Court this ____ day of _____, 2007.


                                _____
                                UNITED STATES DISTRICT JUDGE