FILED
SEP 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES INGRAM              )| |
|                           )| |
|         Plaintiff,        )| |
|                           )| |
| v.                        )| Civil Action No. 05cv1985 (RJL) |
|                           )| |
| UNITED STATES OF AMERICA  )| |
|                           )| |
|         Defendant.        )| |
| _____ )| |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action hereby enter into this Stipulation Of Dismissal under the following terms:

1) The parties agree that the pending claims in this action are hereby dismissed with prejudice;

2) each party shall bear his/its own costs; and

3) should Plaintiff later commence an action based upon or including the same claim against the United States, Defendant reserves the right under Fed. R. Civ. P. 41(d) to seek to recoup the costs incurred in this action.

WHEREFORE, the above civil action is hereby dismissed.

Executed this 5th day of September, 2007.

Respectfully Submitted,

<table>
<tr><td>

/s/ Gabriel Assad
GABRIEL ASSAD DC Bar #478538
BARRY NACE DC Bar #130724
1615 New Hampshire Ave. NW
Washington, DC 20009
(202)463-1999

Attorneys for Plaintiff

</td><td>

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


/s/ Megan Rose
MEGAN ROSE, NC BAR #NC28639
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC  20530
(202)514-7220

Attorneys for Federal Defendant

</td></tr>
</table>

It is so ORDERED by the Court this 12th day of Sept, 2007.

_____
UNITED STATES DISTRICT JUDGE